AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

KEVIN ANDREWS,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

  v.

    CASE NUMBER:  **2:15-cv-01897-MMD-CWH**

NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an amended complaint in compliance with the Court's April 5, 2016 order.

May 16, 2016   **LANCE S. WILSON**
    Clerk

    /s/ K. Rusin
    Deputy Clerk